**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**NOTICE OF INTENT TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO
PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  LARRY DALE HALL
        ANDREA MARGOT HALL
        23 VISTA TOSCANA
        LAKE ELSINORE, CA 92532

IN THE MATTER OF:
LARRY DALE HALL
23 VISTA TOSCANA
LAKE ELSINORE, CA 92532

DATE: 9/16/2011
Case No. 6:11-bk-21372-DS

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
| 08 | ADVANTA BANK CORPORA | $11,528.00 | $8,620.12 | 5864 | U | 1 |
|  | AMERICAN MEDICAL RES | $1,319.00 | NOT FILED | 4143 | U | 2 |
| 16 | FIA CARD SERVICES, N | $22,836.00 | $22,836.31 | 6929 | U | 3 |
| 12 | ECAST SETTLEMENT COR | $22,630.00 | $22,630.40 | 4111/5785 | U | 4 |
| 11 | FIA CARD SERVICES, N | $22,552.00 | $22,552.55 | 0049 | U | 5 |
| 19 | FIA CARD SERVICES, N | $17,286.00 | $14,410.72 | 5239 | U | 6 |
| 13 | ECAST SETTLEMENT COR | $11,694.00 | $11,694.65 | 1022/8599 | U | 7 |
|  | BANK OF AMERICA | $3,095.00 | NOT FILED | 3857 | U | 8 |
|  | BANK OF AMERICA | $11,264.00 | NOT FILED | 1673 | U | 9 |
| 14 | ECAST SETTLEMENT COR | $2,840.00 | $3,095.29 | 3857/3996 | U | 10 |
|  | BANK OF AMERICA | $27,700.00 | NOT FILED | 5785 | U | 11 |
|  | BAY AREA CREDIT SERV | $1,147.00 | NOT FILED | 1278 | U | 12 |
| 18 | CHASE BANK | $7,482.00 | $7,481.62 | 5331 | U | 13 |
| 22 | LVNV FUNDING LLC | $7,640.00 | $7,007.69 | 8598 | U | 14 |
|  | Cmre Financial Servi | $136.00 | NOT FILED | 5550 | U | 15 |
|  | Creditors Interchang | $2,926.00 | NOT FILED | 3996 | U | 16 |
| 03 | DFS SERVICES, LLC | $9,790.00 | $9,790.36 | 0835 | U | 17 |
| 02 | DFS SERVICES, LLC | $9,194.00 | $9,194.80 | 4214 | U | 18 |
| 23 | LVNV FUNDING LLC | $9,195.00 | $8,694.97 | 2959 | U | 19 |
|  | GC SERVICES | $1,296.00 | NOT FILED | 9428 | U | 20 |
|  | HILCO REC | $27,094.00 | NOT FILED | 9773 | U | 21 |
|  | HILCO REC | $5,448.00 | NOT FILED | 1702 | U | 22 |
|  | INPATIENT SERVICES O | $41.00 | NOT FILED | 8336 | U | 23 |
|  | LEADING EDGE RECOVER | $1,477.00 | NOT FILED | 6211 | U | 24 |
|  | LEASE FINANCE GROUP | $100.00 | NOT FILED | 3000 | U | 25 |
|  | LEASE FINANCE GROUP | $750.00 | NOT FILED | 114A | U | 26 |
|  | Lvnv Funding Llc | $6,918.00 | NOT FILED | 8598 | U | 27 |
| 07 | DEPARTMENT STORES NA | $845.00 | $845.31 | 3366 | U | 28 |
| 05 | MIDLAND CREDIT MANAG | $1,715.00 | $1,734.68 | 6342/724456 | U | 29 |
| 04 | MIDLAND CREDIT MANAG | $1,244.00 | $1,258.13 | 9869/724454 | U | 30 |
|  | NAFS | $6,289.00 | NOT FILED | 7007 | U | 31 |
| 21 | PORTFOLIO INVESTMENT | $5,449.00 | $5,448.02 | 3012 | U | 32 |
| 01 | NORDSTROM FSB | $2,104.00 | $2,104.97 | 3632 | U | 33 |
|  | Ocs Recovery Inc | $73.00 | NOT FILED | 0241 | U | 34 |
|  | PORTFOLIO RC | $575.00 | NOT FILED | 7310 | U | 35 |

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:11-bk-21372-DS**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | RIVERSIDE COUNTY | $473.00 | $537.09 | 9143 | U | 36 |
| | San Bdno Cnt | $59.00 | NOT FILED | 5368 | U | 37 |
| | Sears/Cbsd | $5,831.00 | NOT FILED | 8598 | U | 38 |
| | SOUTHWEST HEALTHCARE | $173.00 | NOT FILED | 7426 | U | 39 |
| | TRI-VALLEY UROLOGY M | $59.00 | NOT FILED | 2212 | U | 40 |
| | TRITIUM CAR SERVICES | $2,725.00 | NOT FILED | 3996 | U | 41 |
| | Unique National Coll | $167.00 | NOT FILED | 3855 | U | 42 |
| | WELTMAN WEINBURGE ET | $27,093.00 | NOT FILED | 9319 | U | 43 |
| 24 | PORTFOLIO RECOVERY A | $537.00 | $537.06 | 7310 | U | 44 |
| 09 | A-L FINANCIAL CORP | $6,818.00 | PAID OUTSIDE | 1833 & 9770 | S | 45 |
| | BAC Home Loans Servi | $408,670.00 | NOT FILED | 871619548 | S | 46 |
| 15 | BAC HOME LOANS SERVI | $34,472.00 | SURRENDERED | 870914641 | S | 47 |
| | FORD MOTOR CREDIT CO | $14,387.00 | NOT FILED | 42589521 | S | 48 |
| 10 | TUSCANY HILLS LANDSC | $3,161.00 | SURRENDERED | 1492 | S | 49 |
| | DON KENT, TREASURER- | $10,413.00 | NOT FILED | 3634420130 | S | 50 |
| 06 | MIDLAND CREDIT MANAG | NOT SCHEDULED | $6,322.17 | 9888/725125 | U | 51 |
| 17 | INTERNAL REVENUE SER | NOT SCHEDULED | $2,565.22 | 9770/1833 | P | 52 |
| 25 | FRANCHISE TAX BOARD | NOT SCHEDULED | $3,511.00 | 1833 | P | 53 |
| 17 | INTERNAL REVENUE SER | NOT SCHEDULED | $471.43 | 9770/1833 | U | 10052 |
| 25 | FRANCHISE TAX BOARD | NOT SCHEDULED | $1,834.45 | 1833 | U | 10053 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

/s/
Rod Danielson, Chapter 13 Trustee

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:   9/16/2011

/s/
PAULETTE ROSELI

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:11-bk-21372-DS**

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 9/16/2011 at Riverside, California.

/s/
PAULETTE ROSELI

| | |
|---|---|
| LARRY DALE HALL<br>23 VISTA TOSCANA<br>LAKE ELSINORE, CA  92532 | DOAN LAW FIRM LLP<br>635 CAMINO DE LOS MARES<br>SUITE 100<br>SAN CLEMENTE, CA  92672 |